UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHELSEA M. MARTIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 1:23-CV-01286-MKK-JRS ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

The Court, having granted the Joint Motion to Remand filed by the parties in the matter, now orders, adjudges, and decrees that this action is reversed and remanded to the Commissioner of the Social Security Administration under Sentence Four of 42 U.S.C. § 405(g) for further consideration consistent with the court's decision.

So ORDERED.

Date: 8/30/2023

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email.